# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Jennings, Karl Randall Tanner | Docket No. | 0980 4:21CR06010-SMJ-1 |

## Petition for Action on Conditions of Pretrial Release

COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Karl Randall Tanner Jennings, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 23rd day of April 2021, under the following conditions:

**Special Condition #10:** Defendant shall be restricted at all times, to defendant's residence except for: attorney, visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the United States Probation/Pretrial Services Office or the defendant's supervising officer, including but not limited to employment, religious services and medical necessities.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is considered to be in violation of his conditions of pretrial supervision by violating the rules of home detention by deviating from his schedule without preapproval from his supervision officer.

The defendant was released on modified conditions of release on April 23, 2021. These conditions were reviewed with the defendant on April 28, 2021, and he signed the order and was provided a copy.

The following deviations occurred without prior authorization: on May 5, 2021, Mr. Jennings went to a hotel for the purpose of meeting with a woman; on May 14, 2021, the defendant went to a hotel to leave personal belongings with a female acquaintance; and on May 15, 2021, the defendant went to a Wal-Mart.

Mr. Jennings was orally admonished for each violation and was warned of the potential consequences each time if he continued to deviate without permission. Due to the short period of continued noncompliance with program rules despite officer intervention, the violations warrant alerting the Court; however, as he had been admonished and has been fully informed of the consequences, no action is being requested at this time.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: May 19, 2021 |
| by | s/Emely Cubias |
| | Emely Cubias U.S. Pretrial Services Officer |

PS-8
**Re: Jennings, Karl Randall Tanner**
May 19, 2021
Page 2

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_M. K. Dimke_
Signature of Judicial Officer
5/20/2021
Date