# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2021

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Jennings, Karl Randall Tanner | Docket No. | 0980 4:21CR06010-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Karl Randall Tanner Jennings, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 23rd  day of April 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S. Code § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether the defendant has been authorized medical marijuana under the State law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is considered to be in violation of his conditions of pretrial supervision due to using methamphetamine on or about May 17 and  21, 2021.

The defendant was released on modified conditions of release on April 23, 2021. These conditions were reviewed with the defendant on April 28, 2021, and he signed the order and was provided a copy.

This officer was notified on May 25, 2021, by the defendant's counselor at Rising Strong that the defendant had admitted to the use of methamphetamine on May 17 and 21, 2021. This officer spoke to the defendant on May 27, 2021, and verbally admonished him for using methamphetamine. As the defendant is presently on home confinement, involved in intensive outpatient treatment through Rising Strong, disclosed his use, and signed a behavioral contract with the facility. No action is being requested at this time.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     June 3, 2021

by     s/Emely Cubias

Emely Cubias
U.S. Pretrial Services Officer

PS-8
**Re: Jennings,, Karl Randall Tanner**
**June 3, 2021**
**Page 2**

THE COURT ORDERS

[ X]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]   Defendant to appear before the Judge assigned to the
       case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

6/3/2021
_____
Date