FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2021

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

U.S.A. vs.     Jennings, Karl Randall Tanner     Docket No.     0980 4:21CR06010-SMJ-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Karl Randall Tanner Jennings, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 23rd day of April 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S. Code § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether the defendant has been authorized medical marijuana under the State law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is considered to be in violation of his conditions of pretrial supervision by using amphetamines on or about May 24, 2021.

The defendant was released on modified conditions of release on April 23, 2021. These conditions were reviewed with the defendant on April 28, 2021, and he signed the order and was provided a copy.

While residing at Rising Strong, the defendant submitted to a drug screen on May 24, 2021, which tested positive for amphetamines. The sample was returned confirmed positive for amphetamines by Cordant Labs, however it was noted the sample was diluted.

**Violation #2:** The defendant is considered to be in violation of his conditions of pretrial supervision by using buprenorphine on or about June 8, 2021.

The defendant was released on modified conditions of release on April 23, 2021. These conditions were reviewed with the defendant on April 28, 2021, and he signed the order and was provided a copy.

While residing at Rising Strong, the defendant submitted to a drug screen on June 8, 2021, which tested positive for buprenorphine. The sample was returned confirmed positive for buprenorphine by Cordant Labs, however it was noted the sample was adulterated.

**Violation #3:** The defendant is considered to be in violation of his conditions of pretrial supervision by possessing a controlled substance on or about June 11, 2021.

The defendant was released on modified conditions of release on April 23, 2021. These conditions were reviewed with the defendant on April 28, 2021, and he signed the order and was provided a copy.

While residing at Rising Strong, on June 11, 2021, a search of the defendant's room took place and methamphetamine and drug paraphernalia were located in his room. As a result, the defendant was terminated from their program.

**Violation #4:** The defendant is alleged to be violation of his conditions of pretrial supervision by using methamphetamine on or about June 13, 2021.

The defendant was released on modified conditions of release on April 23, 2021. These conditions were reviewed with the defendant on April 28, 2021, and he signed the order and was provided a copy.

The defendant reported to the office as directed on June 14, 2021. He submitted to a drug screen at the direction of this officer, which test presumptive positive for methamphetamine. The defendant admitted to drug use on June 13, 2021, after using a hotel resident's vape pen which contained methamphetamine.

Based on the allegations probable cause has been established that a violation of pretrial release has been committed. It is respectfully recommended the Court order the issuance of a summons and order to show cause why the defendant's pretrial release should not be revoked.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 22, 2021

by  s/Emely Cubias

Emely Cubias
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/22/2021

Date