# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2021

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Jennings, Karl Randall Tanner | Docket No. | 0980 4:21CR06010-SMJ-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Karl Randall Tanner Jennings, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 23rd day of April 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S. Code § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether the defendant has been authorized medical marijuana under the State law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #5:** The defendant is alleged to be in violation of his conditions of pretrial supervision by using methamphetamine and amphetamine on or about July 1, 2021.

The defendant was released on modified conditions of release on April 23, 2021. These conditions were reviewed with the defendant on April 28, 2021, and he signed the order and was provided a copy.

The defendant reported to Pioneer Human Services on July 1, 2021, for a drug screen at the direction of this officer. The defendant tested presumptive positive for methamphetamine and amphetamine. Mr. Jennings denied any use of illicit substances and the sample was sent off for confirmation. On July 13, 2021, the national lab, Alere, reported the sample was confirmed positive for amphetamine and methamphetamine.

**Violation #6:** The defendant is alleged to be in violation of his conditions of pretrial supervision by using methamphetamine and amphetamine on or about July 11, 2021.

The defendant was released on modified conditions of release on April 23, 2021. These conditions were reviewed with the defendant on April 28, 2021, and he signed the order and was provided a copy.

On July 13, 2021, the defendant reported to the probation office for a random drug screen at the direction of this officer. The defendant submitted to a drug screen which yielded positive for amphetamine and methamphetamine. Mr. Jennings signed an admission form reporting he used methamphetamine on July 11, 2021, with a female.

Based on the allegations, probable cause has been established that a violation of pretrial release has been committed. The defendant is set to appear before the Court on July 14, 2021, via video.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: July 15, 2021 |
| by | s/Emely Cubias |
|  | Emely Cubias<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

M. K. Dimke

Signature of Judicial Officer

7/15/2021

Date